UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-0982-AJB |
|---|---|
| Plaintiff, | |
| v. | **I N F O R M A T I O N** |
| JOSEPH WEIMER, | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about March 4, 2021, within the Southern District of California, defendant, JOSEPH WEIMER, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 29, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

*Ronald Sou*

RONALD SOU
Assistant U.S. Attorney

RSO:kst:San Diego
3/14/21